IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GABRIEL MCMORLAND,<br><br>    Plaintiff,<br><br>v.<br><br>CASPER SLEEP, INC.,<br><br>    Defendant. | Case No. 2:24-cv-00142-KT |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Gabriel McMorland hereby voluntarily dismisses with prejudice her claims against Defendant Casper Sleep, Inc.

Dated: March 25, 2024

**CARLSON BROWN**

*/s/ R. Bruce Carlson*
R. Bruce Carlson (PA ID No. 56657)
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
(724) 730-1753

*Attorney for Plaintiff*

1